**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 06 2017

JAMES W. McCORMACK, CLERK
By: _____
            DEP CLERK

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### _____ DIVISION

CASE NO.   4:17-cv-10-DPM-JJV

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Keith Scott Hodges
   ADC # _____
   Address: 735 S. Neeley St. Benton AR 72015

   Name of plaintiff: James Keen
   ADC # 1600804
   Address: 735 S. Neeley St. Benton AR 72015

   Name of plaintiff: _____
   ADC # _____
   Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Saline County Detention Center   Head Sheriff: Rodney Wright
   Position: County Jail - Sheriff of Saline Co.
   Place of employment: Saline Co. Detention Center
   Address: 735 S. Neeley St Benton AR. 72015

   Name of defendant: T. Parker
   Position: Sgt at Saline Co. Detention Center

-4-

This case assigned to District Judge Marshall
and to Magistrate Judge Volpe

Place of employment: Saline Co. Jail

Address: 735 S. Neeley St, Benton AR 72015

Name of defendant: Allen Lancaster

Position: Maintenance at Saline Co. Jail

Place of employment: Saline Co. Jail

Address: 735 S Neeley St. Benton AR. 72015

Name of defendant: Deputy perry #854

Position: Deputy Jailer

Place of employment: Saline Co. Jail

Address: 735 S. Neeley St. Benton AR 72015

"SEE BACK"

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___   No ✗

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   ☐ Parties to the previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

-5-

Name of Defendant: CRPL Cole

Position: CRPL Deputy At Saline Co. Detention Center

Place of employment: Saline Co. Jail

Address: 735 S. Neeley St. Benton AR. 72015

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.   Place of present confinement: <u>Saline County Detention Center</u>

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

    <u>X</u>   in jail and still awaiting trial on pending criminal charges

    ____ serving a sentence as a result of a judgment of conviction

    ____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes <u>X</u>   No ____

  B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _X_  No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12-22-16 at around 11:00 am i was placed in G pod cell #4 23 Hr per day lockdown, upon entering i noticed the cell did not have working water, i pushed my call button to notify controll that the water did not work in my cell. At around 12:20 pm lunch meal was being served i then informed Deputy Davis about water issue, then i informed Deputy's again at the 5:pm meal about water issue, I pushed call button a few times between 5pm and 10 pm and got no answer from control on any of my attempts ~~~~~ maybe around 8pm. I also again informed Deputy; Gann of water issue still nothen was done - on 12-23-16 I pushed call button no less than 20 x's throughout the day with no responce from controll, I continued to notify every Deputy

Page 1 of 3              ~~~~~ see next page of this Report.

-7-

page #2 of Statement Claim

That served meal's About me having no water in my cell. during this time inmate JAMES Keen was moved into my cell, which he to tried to get A Responce from control via the call Button, with no Luck.

on 12-24-16 I wrote a grievance on the water issue it was given to Deputy perry #854, I Also submitted A Request via the Kiosk in the unit, That was submitted on 12-23-16 and was not Answered untill 12-26-16, the Ref # to my Request is; 1443457 - i submited Another Request on 12-28-16 Ref # 1453589.

the grievance was Responded to on 12-27-16, in which Sgt T. parker says it's Being fixed that day, (But it still wasent Repaired) cold water dose Run non stop now But only at a ~~~~ trickle, Hot water dose not work still.

- So we went from 6 days without Anywater in my cell And being locked in this cell 23 HRS per day to now haveing a trickle of water. for these frist 6 days in this cell the only time I got water was when i was let out of my cell for one HR And my lunch meal, in which case my one HR. ~~meal~~ was usaly Around the Noon meal.

its Now 12-29-16 water issue is still A problem And im still on 23 HR lock down with this issue

page #3 of Statement Claim

Inmate James Keen's Request that was submited on this iusse are as follow's Ref #'s ...
1456735 - 12-29-16 ....    1453559 - 12-28-16 ..
1453522 - 12-28-16 ....    1450720 - 12-27-16 ...

12-29-16
At this time I am trying to Recive copy's of All Request's with corrasponding Ref #'s

To sum up this statement I have Been locked in my cell 23 Hrs per day with no water, and nothen was done to fix issue, it could have Been As simple as moving me to a cell with working water, I have notifyed every deputy I came in contact with I Also filed A grievance and submited Request to have issue fixed, Saline co. Jail Has Had plenty of oppertunity's to fix issue But still havent done it and have chosen to ignor my Repeated Request's to have water in my cell.

I declare under penalty of perjury (18 U.S.C. § 1621) that the forgoing is true and correct.
12-29-16

Keith S. Hodges - *Keith Hodges*
James Keen - *James O Keen*

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I want $50 thousand per day for the water issue, x's 6 days and $25 thousand per day for the partial fix of the water issue, x's 3 And Counting as of 12-29-16, And persons held Accountable for failing in their Job Duty's either through fines and or loss of postiontions And or Jobs- That's per Keith Hodges And James Keen. EA.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 29th day of JANUARY, 2016.

Keith S. Hodges
James Keen

Signature(s) of plaintiff(s)

-8-

JAIL DETAINEE GRIEVANCE FORM
SALINE COUNTY DETENTION FACILITY
735 NEELY ST. BENTON, AR. 72015

Instructions: Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the complete form, write GRIEVANCE on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the APPEAL block.

NAME: Keith Hodges   CELL: G-4
DATE: 12/24/16
GRIEVANCE: X
APPEAL:

PROBLEM: i was placed in cell G4 on 12-22-16, upon entering i found there was no water in the cell, at 11:AM ish i pushed my call batton and informed the controll there was no water in the cell, i also informed the Rovers that where working that day, still nothen was done then oraind 8 pm i informed the controll and the Rovers once again still nothieng, this morning i submitted a Request via the Kiosk about the water issue and i then informed the Rovers again and the controll once again about no water in this cell. So it's now past 1am Sat the 24th still no water, this is clearly Cruel and unusual punishment, we done nothen to deserve this treatmnt

RESPONSE: Maintenance is back there today working on the issues in G-Pod. Let me know if it doest work -

Recieved Response 12-27-16 pm mail call." Sgt Parke
As of today water still isent "fixed", cold water is at a Trickel at best, and will not Shut off, and no Hot water. maintenance said they waud be back, but never showed up. 12-27-16
7:20 pm ish
Keith Hodges

RESPONDERS SIGNATURE:

JAILER'S NAME (PRINT): Dep. Perry 854

DETAINEE'S NAME (PRINT): Keith S. Hodges

"witnessed By"
James Keen
James Okeen

AS of 12-30-16

I NOW hAVE Hot wAteR, But "NO" cold wAteR.