IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH SCOTT HODGES                                                    PLAINTIFF

v.                          No. 4:17-cv-10-DPM-JJV

RODNEY WRIGHT, Sheriff, Saline County
Detention Center; T. PARKER, Sergeant,
Saline County Detention Center; ALLEN
LANECASTER, Maintenance, Saline
County Jail; PERRY, Deputy Jailer, Saline
County Jail; and COLE, Corporal, Saline
County Detention Center                                               DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 5, and overrules Hodges's objections, № 7. FED. R. CIV. P. 72(b)(3). Hodges's claim against Wright is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_1 February 2017_