# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEITH SCOTT HODGES**　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 4:17-cv-10-DPM

**TONYA PARKER**, Sergeant, Saline
County Detention Center; **ALLEN
LANCASTER**, Maintenance, Saline County
Jail; **DILLON PERRY**, Deputy Jailer, Saline
County Jail; and **ERIC COLE**, Corporal,
**Saline County Detention Center**　　　　　　　　　**DEFENDANTS**

## ORDER

Hodges hasn't kept his address current; his mail is being returned. № 27. If Hodges doesn't update his address by 15 June 2017, his complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2017