IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH SCOTT HODGES                                                  PLAINTIFF

v.                              No. 4:17-cv-10-DPM

TONYA PARKER, Sergeant, Saline County
Detention Center; ALLEN LANCASTER,
Maintenance, Saline County Jail; DILLON
PERRY, Deputy Jailer, Saline County Jail;
and ERIC COLE, Corporal,
Saline County Detention Center                         DEFENDANTS

ORDER

Hodges hasn't updated his address; his mail is still being returned. № 29. His complaint will therefore be dismissed without prejudice. № 28; LOCAL RULE 5.5(c)(2). The dismissal is without prejudice to the Defendants' renewing their motion for summary judgment if Hodges refiles the same action against them. The unopposed recommendation, № 25, is declined without prejudice as moot, and the motion for summary judgment, № 21, is denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 June 2017