# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

KEITH SCOTT HODGES                                            PLAINTIFF

v.                              No. 4:17-cv-10-DPM

RODNEY WRIGHT, Sheriff, Saline County
Detention Center;  TONYA PARKER, Sergeant,
Saline County Detention Center;  ALLEN
LANCASTER, Maintenance, Saline County
Jail;  DILLON PERRY, Deputy Jailer, Saline
County Jail;  and ERIC COLE, Corporal,
Saline County Detention Center                               DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2017